IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 5:17CR50018-001 |
| | ) |
| DARRELL ROSEN | ) |

## MONEY JUDGMENT

On January 5, 2018, the Defendant, Darrell Rosen, pleaded guilty to Count Four of the Superseding Indictment charging him with Money Laundering, in violation of Title 18 U.S.C. § 1957, and Count Ten of the Superseding Indictment charging him with Filing a False Tax Return, in violation of Title 26 U.S.C. § 7206(1).

In the forfeiture allegation of the Superseding Indictment, the United States seeks forfeiture, pursuant to Title 18 U.S.C. § 982(a)(1), of the property constituting or derived from proceeds obtained, directly or directly, as a result of the aforesaid offense, or any property involved in such offense, including a money judgment.

Pursuant to the plea agreement, the United States and the Defendant agreed to the entry of a personal money judgment in an amount to be determined by the Court at sentencing. (Doc. 35). Since his change of plea, the Defendant and the United States have agreed to the entry of a judgment in the amount of $1,412,940.05.

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED:

1.  That a money judgment in the amount of $1,412,940.05 shall be entered against the Defendant, Darrell Rosen, as proceeds obtained indirectly or directly from the conduct for

which he has been convicted.

2. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), upon entry of this judgment, the United States is authorized to seize any specific property that is subject to forfeiture as set forth herein in this order and according to the terms of the plea agreement, and to conduct any discovery the Court may consider proper in identifying, locating, or disposing of the property.

3. Pursuant to Federal Rule of Criminal Procedure 32.2(c)(1), no ancillary proceeding is required to the extent that a forfeiture consists of a money judgment.

4. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), any order of forfeiture becomes final as to the defendant at sentencing.

IT IS SO ORDERED this 16th day of July, 2018.

_____
HONORABLE TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

Approved as to Form and Content:

_____
Darrell Rosen

_____
Jack Schisler, Counsel for Defendant

_____
Brice White, Assistant U.S. Attorney